ORDERED.

Dated:  December 15, 2015



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                           Case No. 6:10-bk-07692-ABB
                                                                                 Chapter 7
ROBERT LEE HARRIS, JR. and
MARLO ROBINSON HARRIS
_____/

DAWN MICHELE EVANS, an individual,                Adv. Proc. No. 6:15-ap-00108-ABB

         Plaintiff,
    v.

ROBERT LEE HARRIS, JR., an individual,

         Defendant.
_____/

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

THIS CASE came before the Court on the *Plaintiff's Motion for Approval of Settlement*, which was filed on November 11, 2015 (the "Motion") (Doc. No. 6). There was no objection to the Motion.  The Court, having reviewed the Motion and terms of the Settlement Agreement between Plaintiff, DAWN MICHELE EVANS, the Debtors, ROBERT LEE HARRIS and MARLO ROBINSON HARRIS, and RLH Facilities Maintenance, LLC, and determining that it is in the best interest of the parties, finds that the Settlement Agreement should be approved. Accordingly, it is

**ORDERED**

1.   The Motion is **GRANTED.**

2.   The Court retains non-exclusive jurisdiction to enforce the terms and conditions of the Settlement Agreement and to resolve any disputes pertaining to the Settlement Agreement.

3.   This Adversary Proceeding shall remain open, but shall be abated pursuant to the terms of Settlement Agreement.

4.   The Court also retains jurisdiction to enter a judgment in this Adversary Proceeding in the event of default under the Settlement Agreement.

C. Andrew Roy is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

Robert Lee Harris, Jr.
Marlo Robinson Harris
4533 River Gem Avenue
Windermere, FL 34786

RLH Facilities Maintenance, LLC
5036 DR. PHILLIPS BLVD. SUITE 186
ORLANDO, FL 32819

Copies via CM/ECF to:

James Monroe